Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, CA 93712-688
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant VICTORIA LIMA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No. 1:25-mj-0072-SAB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING** |
| vs. | |
| VICTORIA LIMA, | Date: July 11, 2025<br>Time: 2:00 pm.<br>Court: Hon. Erica P. Grosjean |
| Defendant. | |

This matter is set for Preliminary Hearing on July 11, 2025. As set forth below, the parties now move, by stipulation, to continue the Preliminary Hearing to August 13, 2025.

On July 3, 2025, a detention hearing was held and the Court ordered that Ms. LIMA be released to Well Space, a residential treatment program located in Sacramento, California. Ms. LIMA is scheduled to enter the program on Wednesday, July 9, 2025.

The defense is requesting that the Preliminary Hearing be continued so that Ms. LIMA has an opportunity to settle into the Well Space program before returning to Court.

IT IS STIPULATED that the Preliminary Hearing currently scheduled for July 11, 2025, be continued to August 13, 2025.

Dated: July 7, 2025

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

Dated: July 7, 2025

/s/ Luke Baty
_____
**Luke Baty**
Assistant U.S. Attorney

---

**ORDER**

Pursuant to the terms of the parties' stipulation, the Preliminary Hearing currently scheduled for July 11, 2025, shall be continued to August 13, 2025.

IT IS SO ORDERED.

Dated: **July 7, 2025**                    /s/ Erica P. Grosjean
_____
UNITED STATES MAGISTRATE JUDGE